

# NUMBER 13-12-00601-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JOSE LUIS DAVILA,**                                                                          **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                     **Appellee.**

### On appeal from the 430th District Court
### of Hidalgo County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Benavides and Longoria**
**Order Per Curiam**

This cause is before the Court on appellant's failure to file the appellate brief by December 6, 2013, and appellant's fourth motion for extension of time to file the brief. Appellant's brief was originally due to be filed on April 10, 2013. This Court has previously granted three motions for extension of time to file appellant's brief in this case

and directed counsel to file the brief by December 6, 2013. Rather than filing the brief, counsel instead filed a fourth motion for extension of time to file the brief requesting an additional 60 days.

We DENY the fourth motion for extension of time. We now ABATE this appeal and REMAND the cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure. Upon remand, the trial court shall utilize whatever means necessary to make appropriate findings and recommendations concerning the following: (1) whether appellant desires to prosecute this appeal; (2) why appellant's counsel has failed to file a brief and whether counsel has effectively abandoned the appeal; (3) whether appellant has been denied effective assistance of counsel; (4) whether appellant's counsel should be removed; and (5) whether appellant is indigent and entitled to court-appointed counsel.

If the trial court determines that appellant does want to continue the appeal, that present counsel should be removed, and that appellant is indigent and entitled to court-appointed counsel, the trial court shall appoint new counsel to represent appellant in this appeal. If new counsel is appointed, the name, address, telephone number, and state bar number of said counsel shall be included in an order appointing counsel.

The trial court shall cause its findings and recommendations, together with any orders it may enter regarding the aforementioned issues, to be included in a supplemental clerk's record. Furthermore, the trial court shall cause a supplemental reporter's record of any proceedings to be prepared. The supplemental clerk's record and supplemental

reporter's record, if any, shall be filed with the Clerk of this Court on or before the expiration of thirty days from the date of this order.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of February, 2014.